M. Steven Wang  SBN 191168
City Attorney
Sari Myers Dierking SBN 226805
Asst. City Attorney
**City Attorney's Office**
**CITY OF FOLSOM**
50 Natoma Street
Folsom, CA 95630
TEL: 916.461.6025; FAX: 916.351.0536

**P O R T E R  |  S C O T T**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
2180 Harvard Street, 500
Sacramento, California 95815
jwhitefleet@porterscott.com
TEL: (916) 929-1481, FAX: (916) 927-3706

Attorneys for Defendants CITY OF FOLSOM, JOSEPH HOWARD, BRIAN LOCKHART, ROMAN KEHM, ZACHARY WELLS, JOHN WAGNER, BRANDON MONSOOR, PAUL RICE, DEREK KOUPAL, MICHAEL AUSTIN, JOSHUA SENA, EATHAN VAVACK, JOHN MONIZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE P. UMBERGER II, LISABETH A. KING, SAVANNAH R. BAILEY,<br><br>Plaintiffs,<br>v.<br><br>CITY OF FOLSOM, DETECTIVE JOSEPH HOWARD, COMMANDER BRIAN LOCKHART, SERGEANT ROMAN KEHM, SERGEANT ZACHARY WELLS, SERGEANT JOHN WAGNER, SERGEANT BRANDON MONSOOR, SERGEANT PAUL RICE, CORPORAL DEREK KOUPAL, OFFICER MICHAEL AUSTIN, OFFICER JOSHUA SENA, OFFICER EATHAN VAVACK, AND OFFICER JOHN MONIZ,<br><br>Defendants.<br>_____/ | CASE NO. 2:24-cv-010169-KJM-JDP<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date: October 9th, 2025<br>Time: 10:00 AM<br>Courtroom: 9, 13th Floor (via Zoom)<br><br>Complaint Filed: 04/22/2024 |

/ / /

1
**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

4889-8627-6541, v. 1

NOTICE IS HEREBY GIVEN that on the above date and time and in the above Courtroom of the United States District Court, Eastern District of California located at 501 I Street, Sacramento, California, Defendants CITY OF FOLSOM, JOSEPH HOWARD, BRIAN LOCKHART, ROMAN KEHM, ZACHARY WELLS, JOHN WAGNER, BRANDON MONSOOR, PAUL RICE, DEREK KOUPAL, MICHAEL AUSTIN, JOSHUA SENA, EATHAN VAVACK, JOHN MONIZ hereby move the Court for an order dismissing the Complaint of Plaintiffs, pursuant to Federal Rules of Civil Procedure ("Fed. R. Civ. P.") 12(b)(6) on the following grounds:

1. Plaintiffs' judicial deception claim for violation of the Fourth Amendment (first claim for relief) fails as a matter of law, as to both search warrants at issue, because the claimed omissions/misrepresentations are either not material or do not effect the finding of probable cause; in addition, there are insufficient allegations against Defendant Wagner in said claim;
2. Plaintiffs' claim for forced entry for violation of the Fourth Amendment (first claim for relief) fails because the allegations reveal sufficient exigency; in addition, there are insufficient allegations against Defendant Howard in said claim;
3. Any claim arising from detention itself of Plaintiffs during the execution fails;
4. Plaintiffs' failure to intervene claim against Defendants Monsoor, Vavack, Rice and Moniz fails to state sufficient facts specific to each individual;
5. The fifth claim for Excessive Handcuffing against all defendants fails for lack of specificity against each defendant;
6. All Official Capacity Suits are Redundant to the Claims Against the CITY and should be dismissed;
7. The first, second, third, fourth and fifth claims for relief fail to state sufficient facts of a Monell-type claim against the City.
8. Plaintiffs' Seventh claim for Failure to Supervise, Hire, Train and Discipline against the City for a Monell-type claim fails.
9. Plaintiffs' Eight claim against the City for a Monell-type claim fails.

/ / /

/ / /

1  Dated: August 11, 2025                                PORTER SCOTT
2                                                A PROFESSIONAL CORPORATION
3
                                                 By /s/ John R. Whitefleet
4                                                        John R. Whitefleet
                                                         Attorney for Defendants
5