1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GEORGE P. UMBERGER, *et al.*,              Case No. 2:24-cv-1169-KJM-JDP

12                  Plaintiffs,

13         v.                                     ORDER WITHDRAWING THE REFERRAL
                                                  TO THE MAGISTRATE JUDGE
14    CITY OF FOLSOM, *et al.*,

15                  Defendants.

16

17         This case, in which plaintiffs were proceeding without counsel, was referred to the

18   undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. §

19   636(b)(1). On August 22, 2025, attorney Samuel Park filed a notice of appearance as counsel for

20   plaintiffs. ECF No. 15.

21         Because plaintiffs are now represented by counsel, the referral to the magistrate judge will

22   be withdrawn and the case will be referred back to the district judge. I will, however, continue to

23   perform the usual discovery tasks associated with ordinary civil cases.

24

25

26

27

28

                                                    1

1     Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge

2   is withdrawn and the case is referred back to the district judge.

3

4   IT IS SO ORDERED.

5

6   Dated:    August 29, 2025

    JEREMY D. PETERSON
7   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2