**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE P. UMBERGER, II, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FOLSOM, et al.,<br><br>Defendants. | Case No. 2:24-cv-1169-KJM-JOP(PS)<br><br>**ORDER ON STIPULATION OF THE PARTIES TO CONTINUE THE HEARING ON THE DEFENDANTS' MOTION TO DISMISS AND EXTEND PLAINTIFF'S TIME TO RESPOND** |

**ORDER**

Having reviewed the Stipulation of the Parties to Set a Briefing Schedule on Defendants' Motion to Dismiss (Dkt 14), the Court hereby orders:

    1.    Plaintiffs shall have until October 10, 2025 to serve and file a response to the Motion to Dismiss (Dkt 14). Defendants may file a reply on or before October 17, 2025

**IT IS SO ORDERED.**

DATED  September 24, 2025.

_____
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER ON STIPULATION OF THE PARTIES TO CONTINUE THE HEARING ON THE DEFENDANTS' MOTION TO DISMISS AND EXTEND PLAINTIFF'S TIME TO RESPOND