M. Steven Wang  SBN 191168
City Attorney
Sari Myers Dierking SBN 226805
Asst. City Attorney
**City Attorney's Office**
**CITY OF FOLSOM**
50 Natoma Street
Folsom, CA 95630
TEL: 916.461.6025; FAX: 916.351.0536

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
2180 Harvard Street, 500
Sacramento, California 95815
jwhitefleet@porterscott.com
TEL: (916) 929-1481, FAX: (916) 927-3706

Attorneys for Defendants CITY OF FOLSOM, JOSEPH HOWARD, BRIAN LOCKHART, ROMAN KEHM, ZACHARY WELLS, JOHN WAGNER, BRANDON MONSOOR, PAUL RICE, DEREK KOUPAL, MICHAEL AUSTIN, JOSHUA SENA, EATHAN VAVACK, JOHN MONIZ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE P. UMBERGER II, LISABETH A. KING, SAVANNAH R. BAILEY,<br><br>            Plaintiffs,<br>v.<br><br>CITY OF FOLSOM, DETECTIVE JOSEPH HOWARD, COMMANDER BRIAN LOCKHART, SERGEANT ROMAN KEHM, SERGEANT ZACHARY WELLS, SERGEANT JOHN WAGNER, SERGEANT BRANDON MONSOOR, SERGEANT PAUL RICE, CORPORAL DEREK KOUPAL, OFFICER MICHAEL AUSTIN, OFFICER JOSHUA SENA, OFFICER EATHAN VAVACK, AND OFFICER JOHN MONIZ,<br><br>            Defendants.<br>_____/ | CASE NO. 2:24-CV-01169-KJM-JDP<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**<br><br>FAC Filed: 12/04/2025<br>FAC Filed: 10/10/2025<br>Complaint Filed: 04/22/2024 |

/ / /

---

1
**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**

4889-8627-6541, v. 1

Plaintiffs George P. Umberger II, Lisabeth A. King, Savannah R. Bailey, and Defendants City of Folsom, Joseph Howard, Brian Lockhart, Roman Kehm, Zachary Wells, John Wagner, Brandon Monsoor, Paul Rice, Derek Koupal, Michael Austin, Joshua Sena, Eathan Vavack, John Moniz ("City Defendants"), by and through their respective undersigned counsel of record, hereby represent to the Court and stipulate as follows:

1. On December 4, 2025, Plaintiffs filed their First Amended Complaint. (ECF No. 29).

2. The First Amended Complaint added defendant Patrick Thibeault, summons of which was issued on December 8, 2025. (ECF No. 30). Service of summons has not yet been affected.

3. The City Defendants would otherwise be required to file a response to the First Amended Complaint on December 18, 2025.

4. The City Defendants have commenced the meet and confer process in accordance with the court's standing order in an effort to avoid motion practice.

5. In the interests of reduced costs to the parties and judicial economy, and to allow additional time to meet and confer to the extent necessary, and to allow sufficient time for service of process on added defendant Patrick Thibeault, and to avoid duplicative filings in response to the First Amended Complaint, Plaintiffs have agreed to extend the time for all City Defendants to file responses to Plaintiffs' First Amended Complaint on the same date.

6. The parties hereby stipulate and agree that City Defendants' deadline to file a response to Plaintiffs' First Amended Complaint shall be extended to January 16, 2026.

IT IS SO STIPULATED AND AGREED.

Dated: December 16, 2025              **LAW OFFICE OF SAMUEL H. PARK, APC**

                                       By: /s/ Samuel H. Park (*auth'd on 12/16/2025*)
                                            Samuel H. Park,
                                            Attorney for Plaintiffs
                                            George P. Umberger, II; Lisabeth A. King;
                                            Savannah R. Bailey

1  Dated: December 22, 2025              **PORTER SCOTT**
2                                         **A PROFESSIONAL CORPORATION**
3
4                                         By /s/ John R. Whitefleet
                                                  John R. Whitefleet
5                                                 Attorney for Defendants

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER**

4889-8627-6541, v. 1

**ORDER**

GOOD CAUSE APPEARING, Defendants' deadline to file a response to Plaintiffs' First Amended Complaint shall be extended to January 16, 2026.

DATED:  December 22, 2025.

_____
UNITED STATES DISTRICT JUDGE