Shawn A. McMillan (SBN: 208529)
attyshawn@netscape.net
The Law Office of Shawn A. McMillan, APC
4955 Via Lapiz
San Diego, CA 92122
Phone: (858) 646-0069
Fax: (858) 746-5283

Samuel H. Park (SBN: 261136)
sam@sampark.lawyer
Law Office of Samuel H. Park, APC
2161 Trapani Circle
Monterey, CA 93940
Phone: (831) 529-5955

Attorneys for Plaintiffs,
George P. Umberger, II; Lisabeth A. King; Savannah R. Bailey

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE P. UMBERGER, II, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FOLSOM, et al.,<br><br>Defendants. | Case No. 2:24-cv-1169-DJC-JDP<br><br>**ORDER ON STIPULATION OF THE PARTIES TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (DKT 34)** |

## ORDER

Having reviewed the Stipulation of the Parties to Modify Briefing Schedule on Defendants' Motion to Dismiss (Dkt 34) the Court hereby orders:

1. Plaintiffs shall have until February 4, 2026 to serve and file a response to the Motion to Dismiss (Dkt 14). Defendants may file a reply on or before February 11, 2026.

**IT IS SO ORDERED.**

Dated:  February 9, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 1 -