Shawn A. McMillan (SBN: 208529)
THE LAW OFFICE OF SHAWN A.
MCMILLAN, APC
4955 Via Lapiz
San Diego, CA 92122
Phone: (858) 646-0069
Fax: (858) 746-5283
Email: attyshawn@netscape.net

Samuel H. Park (SBN: 261136)
LAW OFFICE OF SAMUEL H. PARK, APC
2161 Trapani Circle
Monterey, CA 93940
Phone: (831) 529-5955
Email: sam@sampark.lawyer

Attorneys for Plaintiffs,
George P. Umberger, II; Lisabeth A. King;
Savannah R. Bailey

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE P. UMBERGER, II, et al. | Case No. 2:24-cv-01169-DJC-JDP |
| Plaintiffs, | **ORDER ON STIPULATION TO WAIVE ORAL ARGUMENT ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT [DKT 34]** |
| v. | |
| COUNTY OF FOLSOM, et al., | |
| Defendants. | |

## <u>ORDER</u>

Having reviewed the Stipulation of the Parties to waive oral argument on Defendants' Motion to Dismiss First Amended Complaint, the Court hereby orders:

1. The Motion to Dismiss (Dkt 34) is taken under submission.

2. The hearing set for April 2, 2026 at 1:30 p.m. is hereby vacated.

**IT IS SO ORDERED.**

Dated: March 18, 2026                 /s/ Daniel J. Calabretta
                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

- 1 -

ORDER ON MOTION FOR ORDER ORDERSOUGHT