Shawn A. McMillan (SBN: 208529)
LAW OFFICES OF SHAWN A. MCMILLAN, APC
4955 Via Lapiz
San Diego, CA 92122
Phone: (858) 722-9015
Email: attyshawn@gmail.com

Samuel H. Park (SBN: 261136)
LAW OFFICE OF SAMUEL H. PARK, APC
2161 Trapani Circle
Monterey, CA 93940
Phone: (831) 529-5955
Email: sam@sampark.lawyer

Attorneys for Plaintiff,
George Umberger, Lisabeth King, Savannah Bailey

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE UMBERGER, et al.,<br>Plaintiffs,<br>v.<br>CITY OF FOLSOM, et al.,<br>Defendants. | Case No. 2:24-cv-01169-DJC-JDP<br><br>**ORDER ON STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE THIRD AMENDED COMPLAINT** |

**ORDER**

Having reviewed and considered the Stipulation of the Parties to extend Plaintiffs' time to file a Third Amended Complaint, the Court hereby orders:

1. Plaintiffs shall have until August 31, 2026 to file a Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 28, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE